# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0525
Lower Tribunal No. 2023CA-005302-0000-00

_____

BENEDICT MOHIT,

Appellant,

v.

CITY OF HAINES CITY,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Ellen S. Masters, Judge.

December 2, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, MIZE and GANNAM, JJ., concur.


Benedict Mohit, Clermont, pro se.

Fred Reilly, City Attorney, Haines City, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED